

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

March 31, 1952

Hon. Paul H. Brown
Fire Insurance Commissioner
Board of Insurance Commissioners
Austin, Texas

     Opinion No. V-1429.

     Re: Legality of the Board of In-
        surance Commissioners' carry-
        ing on its payroll at one
        time more than twenty full-
        time employees whose salaries
        are to be paid from an appro-
        priation providing for twenty
Dear Sir:      employees, only.

    Your request for an opinion relates to the
legality of the Board of Insurance Commissioners' car-
rying on its payroll at any one time more than twenty
full-time raters whose salaries are to be paid from
Item 31 of the appropriations to its Fire Insurance
Division contained in the general departmental appro-
priation bill for the current biennium beginning Sep-
tember 1, 1951, and ending August 31, 1953. (H.B.
426, Art. III, Acts 52nd Leg., R.S. 1951, ch. 499, p.
1228, at p. 1372.

    Item 31, supra, contains an appropriation of
$64,800.00 for each fiscal year of the current biennium
to pay the salaries of "Raters, 20, none to exceed
$3,720 per year."

    Subsection (a) of Section 16 of Article III,
House Bill 426 (p. 1439) provides:

    "(a)  All annual salaries shall be paid
  in twelve (12) equal monthly installments,
  provided, however, that the head of any De-
  partment of State Government, or any Board
  or Commission of State Government, may use
  part-time employees to fill any position
  provided for in this Act at a salary not to
  exceed more than the prorata amount appropri-
  ated for such position."

It appears from your letter that only full-time raters are employed for the Fire Insurance Division and their monthly salaries range from $190.00 to $310.00.  Therefore, we are not concerned here with the number of part-time raters who may be employed at any one time.

It is our opinion that the Legislature has by the provisions of Item 31, in substance, said to the Board:  "The appropriation of $64,800 herein made to your Fire Insurance Division for each fiscal year of the biennium beginning September 1, 1951, and ending August 31, 1953, may be expended by you for the employment of raters for that Division, but no more than twenty raters who work full-time may be employed at one time, none of whom shall be paid from this appropriation more than $3,720 in any one year, or more than $310 in any one month."

If it had been the legislative intent to permit the Board to carry on its payroll at any one time an indefinite number of raters to be paid from Item 31, it would not have limited the number of raters to be employed to "20" or to any other specific number.

## SUMMARY

The Board of Insurance Commissioners may not carry on its payroll at one time more than twenty full-time raters whose salaries are to be paid from the appropriation provided for by "Item 31" of the current appropriation bill (H.B. 426, Acts 52nd Leg., R.S. 1951, ch. 499, p. 1228, at p. 1372.).

APPROVED:

C. K. Richards
Trial & Appellate Division

Mary K. Wall
Reviewing Assistant

Charles D. Mathews
First Assistant

BWB:wb

Yours very truly,

PRICE DANIEL
Attorney General

By
   Bruce W. Bryant
     Assistant